IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NANETTE LAURENCE | ) |
| | ) |
| v. | ) NO. 3:06-0637 |
| | ) JUDGE CAMPBELL |
| ANTEON CORP., et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 31), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss of Defendants Blanchfield Hospital, Jayner, Russell and Jarmore (Docket No. 26) is GRANTED, and all claims against those Defendants are dismissed.

The case against the remaining Defendant, Anteon Corporation, shall proceed in accordance with the Scheduling Order entered by the Magistrate Judge (Docket No. 32).

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE