IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NANETTE LAURENCE | ) |
| | ) |
| v. | ) NO. 3:06-0637 |
| | ) JUDGE CAMPBELL |
| ANTEON CORPORATION | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No.61), Objections filed by the Plaintiff (Docket No. 63), and a Response filed by the Defendant (Docket No. 64).

The Court has reviewed the Report and Recommendation, the Objections, the Response, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant Anteon Corporation's Motion for Summary Judgment (Docket No. 48) is GRANTED, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

                                                    */s/ Todd Campbell*
                                                  TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE